In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-054 CV


____________________



CHRISTUS HEALTH SOUTHEAST TEXAS, d/b/a


CHRISTUS JASPER MEMORIAL HOSPITAL, Appellant



V.



JESSICA MCMILLIAN-RAGSDALE AND JASON LEE RAGSDALE,


INDIVIDUALLY AND AS PARENTS AND NEXT FRIENDS OF


LOGAN RAGSDALE, Appellees






On Appeal from the 1-A District Court


Jasper County, Texas


Trial Cause No. 26302






MEMORANDUM OPINION


 The appellant, Christus Health Southeast Texas, d/b/a Christus Jasper Memorial
Hospital filed a motion to dismiss this accelerated appeal. The motion is voluntarily made
by the appellant prior to any decision of this Court and should be granted. Tex. R. App. P.
42.1(a)(1). No other party filed notice of appeal. The motion to dismiss is granted and the
appeal is dismissed.

 APPEAL DISMISSED.


 _______________________________

 STEVE McKEITHEN

 Chief Justice 


Opinion Delivered June 21, 2007

Before McKeithen, C.J., Gaultney and Horton, JJ